**Annex A**
**TITLE 204. JUDICIAL SYSTEM  GENERAL PROVISIONS**
**PART II. GENERAL ADMINISTRATION**
**CHAPTER 29. MISCELLANEOUS PROVISIONS**
**Subchapter K. COSTS, FINES AND FEES**

§ **29.401a.** **Consumer Price Index-costs and fines.**

Pursuant to Article V, Section 10 of the Pennsylvania Constitution, and 42 Pa.C.S. § 1721, the Supreme Court has authorized the Court Administrator of Pennsylvania to obtain and publish in the *Pennsylvania Bulletin* on or before November 30 the percentage increase in the Consumer Price Index for calendar year 2015 as required by Act 96 of 2010, 42 Pa.C.S. §§ 1725.1(f) and 3571(c)(4)(as amended).  See, No. 467 Judicial Administration Docket.

The Court Administrator of Pennsylvania reports that the percentage increase in the Consumer Price Index, All Urban Consumers, U.S. City Average, for calendar year **2015** was 0.7% percent. (*See*, U.S. Department of Labor, Bureau of Labor Statistics, Series CUUROOOOSAO, January 20, 2016.)